**FILED**

DEC 1 7 2014

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Jermaine J. Dunlap, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.  14-1699 (UNA) |
| | ) | |
| Superior Court | ) | |
| of the City of San Bernardino *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM OPINION

Plaintiff is a California state prisoner who has submitted yet another document comprised of incoherent statements and inexplicable attachments. "Similar to the plaintiff's prior actions, this action is difficult to comprehend." *Dunlap v. Dep't of Review Board*, No. 14-0145, 2014 WL 414156 (D.D.C. Jan. 30, 2014), citing *Dunlap v. Board of Prison Hearings*, No. 1:08-cv-1770, 2009 WL 1759651, at *3 (E.D. Cal. Jun. 22, 2009) (dismissing amended habeas petition presenting "the same incomprehensible allegations [stated] on three separate [prior] occasions"). The document initiating this action presents no discernible facts to state a claim. Hence, this case will be dismissed pursuant to 28 U.S.C. § 1915A for failure to state a claim upon which relief can be granted. *See Dunlap*, 2014 WL 414156 (same). A separate Order accompanies this Memorandum Opinion.

United States District Judge

Date:  December __12__, 2014